22cr109 ADM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RECEIVED**
JUN 03 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HENRY ARAGON,

        Defendant.

**INFORMATION**

26 U.S.C. § 7201

THE UNITED STATES ATTORNEY CHARGES THAT:

### Introduction

1. At times relevant to the Information:

    a. Defendant HENRY ARAGON owned several telemarketing companies involved in fraudulent magazine sales.

    b. Defendant ARAGON earned significant income from his ownership and operation of the telemarketing companies during calendar years 2008 through 2011.

    c. In or about 2013, the IRS completed an audit of defendant ARAGON. The IRS audit concluded that ARAGON owed $1,490,011 for calendar years 2008, 2009, 2010, and 2011.

    d. In the wake of the audit, defendant ARAGON continued to earn significant income from his ownership and operation of his telemarketing companies from 2012 to 2019. Nevertheless, during that time, ARAGON did not pay his tax debt and did not file federal income tax returns.



      e.      In or about 2015, the IRS began efforts to collect on defendant ARAGON's tax debt, including by attempting to levy accounts held by ARAGON at JP Morgan Chase bank on or about February 4, 2016.

      f.      Defendant ARAGON took steps to hide his income from the IRS and to actively evade the IRS's efforts to collect the income taxes he owed for calendar years 2008, 2009, 2010, and 2011.

## COUNT 1
(Tax Evasion)

2.    From in or about January 2008 through in or about April 2019, in the District of Colorado and elsewhere, the defendant

**HENRY ARAGON**,

willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America for calendar years 2008 through 2011, by committing the various affirmative acts of evasion, including but not limited to:

      a.      On or about February 10, 2016, ARAGON closed an account ending in 9361 held in the name of United Benefit Advantage Program LLC d/b/a Magazine Club at JP Morgan Chase;

      b.      On or about February 16, 2016, ARAGON closed an account ending in 2593 held in the name of Digital Subscriptions Inc. d/b/a Marketing Services;

      c.      On or about February 17, 2016, ARAGON closed an account ending in 5290 held by Marketing Unlimited Services Inc. d/b/a Magazine Club at JP Morgan Chase;

  d. On or about February 19, 2016, ARAGON closed an account ending in 0752 held by Magazine Direct LLC at JP Morgant Chase;

  e. On February 18, 2016 the defendant opened accounts at Wells Fargo Bank in the name of Magazine Direct (ending in 0467), Digital Subscriptions Inc. (ending in 0483), and Marketing Unlimited Services, Inc. (ending in 0475);

All in violation of Title 26, United States Code, Section 7201.

Dated: June 3, 2022        ANDREW M. LUGER
                United States Attorney

                /s/ *Joseph H. Thompson*
                JOSEPH H. THOMPSON
                HARRY M. JACOBS
                MATTHEW S. EBERT
                Assistant U.S. Attorneys